253 So.2d 793

**Mrs. W. L. PARKIN et al.**

**v.**

**INDUSTRIAL ARMATURE, INC., et al.**

No. 51855.

Nov. 8, 1971.

In re: Industrial Armature, Inc., and Employers Liability Assurance Corp., Ltd. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 252 So.2d 339.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.